

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2015

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
The Honorable William Old, Judge Presiding

# O R D E R

A supplemental clerk's record containing the trial court's findings of fact and conclusions of law has been filed. We **reinstate** the appeal on the docket of this court. We **order** the State's brief due **May 13, 2015**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court